# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>LT. M. STAINER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:02-CV-05550-REC-LJO-P<br><br>ORDER SETTING TELEPHONIC TRIAL SETTING CONFERENCE<br><br>Date:     August 4, 2005<br>Time:    9:00 a.m.<br>Location: Courtroom 6 (LJO) |

     Plaintiff Robert Quincy Thomas ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed on May 13, 2002, against defendant Stainer ("defendant") for use of excessive physical force, in violation of the Eighth Amendment.

     The deadline for filing pre-trial dispositive motions was July 5, 2005, and neither party filed a motion. Therefore, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic trial setting conference shall be held before the undersigned at **9:00 a.m.** on **August 4, 2005**. Counsel for defendant shall arrange for the participation of plaintiff in the telephonic trial setting conference and shall initiate the telephonic conference at **(559) 498-7322**.

IT IS SO ORDERED.

**Dated:**   **July 13, 2005**                           /s/ Lawrence J. O'Neill
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE