# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>LT. M. STAINER,<br><br>    Defendant.<br>_____/ | CASE NO. 1:02-CV-05550-REC-LJO-P<br><br>ORDER SETTING TELEPHONIC HEARING RE DEFENDANT'S REQUEST FOR LEAVE TO FILE A SUMMARY JUDGMENT MOTION, AND TRIAL DATE<br><br>Date:     August 29, 2005<br>Time:    9:30 a.m.<br>Courtroom:  6 (LJO)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF CONSENT FORM AND POSTAGE-PAID ENVELOPE |

Plaintiff Robert Quincy Thomas ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed July 26, 2004, against defendant Stainer for the alleged use of excessive physical force, in violation of the Eighth Amendment.

On this date, the Court held a telephonic hearing at which defendant's request for leave to set aside the scheduling order and file a motion for summary judgment was discussed, along with consent to Magistrate Judge jurisdiction. As discussed during the hearing, it is HEREBY ORDERED that:

1. A telephonic hearing concerning defendant's request for leave to file a motion for summary judgment shall be held before the undersigned at **9:30 a.m.** on **August 29, 2005**;

1

2. Counsel for defendant shall arrange for the participation of plaintiff in the telephonic trial setting conference and shall initiate the telephonic conference at **(559) 498-7322**; and

3. The Clerk's Office shall send plaintiff a consent form and a postage-paid envelope so that plaintiff may return the consent form to the court for filing.

IT IS SO ORDERED.

**Dated:   August 4, 2005**                              /s/ Lawrence J. O'Neill
b9ed48                                                         UNITED STATES MAGISTRATE JUDGE