# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS, | CASE NO. 1:02-CV-05550-REC-LJO-P |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE A LATE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| LT. M. STAINER, | (Doc. 64) |
| Defendant. | |
| _____ / | |

  Plaintiff Robert Quincy Thomas ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's complaint, filed on May 13, 2002, against defendant Stainer ("defendant") for use of excessive physical force, in violation of the Eighth Amendment.  On July 20, 2005, defendant filed a motion seeking leave to file a late motion for summary judgment.

  During a telephonic hearing held on August 4, 2005, defendant's counsel stated that she was awaiting documents which would allow her to determine whether or not a motion for summary judgment might aid in the resolution of any issues.  On August 29, 2005, at the telephonic hearing set to revisit the issue, defendant's counsel stated that she believes there exist disputed factual issues that must be resolved at trial.

///

Accordingly, the Court deems defendant's request for leave to file a motion for summary judgment withdrawn and HEREBY DENIES it as moot in light of the withdrawal.

IT IS SO ORDERED.

Dated:   **August 29, 2005**             /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE