1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 ROBERT QUINCY THOMAS,                    CASE NO. 1:02-CV-05550-REC-LJO-P

10              Plaintiff,                 ORDER REQUIRING PLAINTIFF TO SERVE
                                           PRE-TRIAL STATEMENT ON
11       v.                                DEFENDANT'S COUNSEL IF HE HAS NOT
                                           ALREADY DONE SO AND TO FILE AN
12 LT. M. STAINER,                         AMENDED CERTIFICATE OF SERVICE
                                           WITH COURT
13              Defendant.
                                           (Doc. 74)
14 _____/

15

16       Plaintiff Robert Quincy Thomas ("plaintiff") is a state prisoner proceeding pro se and in

17 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is currently set

18 for jury trial on January 10, 2006.  A telephonic trial confirmation hearing is scheduled for December

19 1, 2005.  Pursuant to the court's order of September 2, 2005, plaintiff filed a pre-trial statement on

20 October 31, 2005.  Although plaintiff attached a certificate of service to his pre-trial statement, it

21 does not state that the pre-trial statement was served on defendant's counsel.  Only the court is listed

22 on the certificate.

23       Plaintiff was previously informed by the court in an order filed on September 8, 2003, that

24 all of his filings must include a certificate of service stating that the filing was served on defendant's

25 counsel. (Doc. 42.)  This instruction was also set forth in the court's First Informational Order, filed

26 June 26, 2002.  (Doc. 6, ¶ 4.)

27 ///

28 ///

1

1    Based on the foregoing, it is HEREBY ORDERED that:

2    1.    If plaintiff did not serve his pre-trial statement on defendant's counsel, he must do

3          so within **twenty (20) days** from the date of service of this order;

4    2.    Within **twenty (20) days** from the date of service of this order, plaintiff must file an

5          amended certificate of service with the court stating that the pre-trial statement was

6          served on defendant's counsel; and

7    3.    If plaintiff fails to comply with this order, sanctions may be imposed against him.

8

9    IT IS SO ORDERED.

10   **Dated:    November 3, 2005**              /s/ Lawrence J. O'Neill
     b9ed48                             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28