1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  ROBERT QUINCY THOMAS,                    CASE NO. 1:02-CV-05550-REC-LJO-P

10                              Plaintiff,   ORDER CONTINUING TELEPHONIC TRIAL
                                            CONFIRMATION HEARING AND JURY
11          v.                               TRIAL DATES

12  LT. M. STAINER,                          New Motions in Limine
                                            Deadline:           January 30, 2006
13                              Defendant.
                                            New Telephonic Trial Confirmation
14                                           Hearing Date:       February 7, 2006, at 8:45
                                                                a.m. in Courtroom 6 (LJO)
15
                                            New Jury Trial Date: March 7, 2006, at 9:00
16                                                               a.m. in Courtroom 1
                                                                (REC)
17
                                            ORDER DIRECTING CLERK'S OFFICE TO
18                                           PROVIDE PLAINTIFF WITH LOCAL RULE
                                            16-281, AND REQUIRING PLAINTIFF TO
19                                           SUBMIT NEW PRETRIAL STATEMENT

20  _____/

21
22          Plaintiff Robert Quincy Thomas ("plaintiff") is a state prisoner proceeding pro se and in

23  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is proceeding

24  on plaintiff's complaint, filed on May 13, 2002, against defendant Stainer ("defendant") for use of

25  excessive physical force, in violation of the Eighth Amendment.

26          This matter is currently set for telephonic trial confirmation hearing on December 1, 2005,

27  at 8:30 a.m. before the undersigned and jury trial on January 10, 2006, at 9:00 a.m. before the

28  Honorable Robert E. Coyle.  Due to the press of court business, jury trial is continued to **March 7,**

1

1  **2006, at 9:00 a.m.** before Judge Coyle.  Accordingly, the telephonic trial confirmation hearing is

2  continued to **February 7, 2006, at 8:45 a.m.** before the undersigned.  As set forth in the Amended

3  Second Scheduling Order, defendant's counsel shall arrange for the participation of plaintiff in the

4  telephonic trial confirmation hearing and shall initiate the telephonic hearing at (559) 498-7322.[1]

5  After the parties submit pretrial statements, the Court issues the Pretrial Order, which binds

6  the issues relating to trial, including witnesses and exhibits.  Plaintiff filed his pretrial statement on

7  October 31, 2005.  However, the statement is deficient and precludes the Court from issuing an

8  adequate Pretrial Order.  With this order, the Court will provide plaintiff with a copy of Local Rule

9  16-281, which sets forth the issues that should be addressed in the pretrial statement.  Plaintiff shall,

10 within thirty days, file a new pretrial statement.  Plaintiff's new pretrial statement must be complete

11 within itself, as the pretrial statement filed on October 31 will be superceded by the filing of the new

12 pretrial statement.  The Court will also reset the dates set forth in the second scheduling order

13 concerning witnesses and motions in limine.[2]

14 Accordingly, it is HEREBY ORDERED that:

15 1.  The telephonic trial confirmation hearing is continued **from December 1, 2005, at**

16     **8:30 a.m. to February 7, 2006, at 8:45 a.m.** before the undersigned;

17 2.  Jury trial is continued **from January 10, 2006, at 9:00 a.m. to March 7, 2006, at**

18     **9:00 a.m.** before the Honorable Robert E. Coyle;

19 3.  Defendant's counsel shall arrange for the participation of plaintiff in the telephonic

20     trial confirmation hearing and shall initiate the telephonic hearing at **(559) 498-7322**;

21 4.  The Clerk's Office shall provide plaintiff with a copy of Local Rule 16-281;

22 ///

23

24 [1] The Court anticipates relocating to the new courthouse prior to the telephonic trial confirmation hearing.
   If the move occurs as anticipated, the Court will notify the parties via order of the new telephone number and

25 courtroom numbers.

26 [2] As set forth in the Amended Second Scheduling Order, "After reviewing the motions in limine, if the
   Court deems it necessary, the Court will set a hearing date prior to trial for motions in limine.  If the Court does not

27 deem a separate date necessary, motions in limine will be heard on the morning of trial at 9:00 a.m.  Whether or not a
   party files a motion in limine, that party may still object to the introduction of evidence during the trial."  (Doc. 73.)

28

5.  Within **thirty (30) days** from the date of service of this order, plaintiff shall file a new pretrial statement that is complete within itself and complies with Local Rule 16-281;

6.  If plaintiff intends to call incarcerated witnesses at time of trial, plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in the Amended Second Scheduling Order within **thirty (30) days** from the date of service of this order;

7.  The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed within twenty-one days from the date of service of the motion;

8.  If plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders, as described in subsection 4 of the Amended Second Scheduling Order, to the Court on or before **February 7, 2006**;

9.  The deadline for filing motions in limine is **January 30, 2006**; and

10. The deadline for filing oppositions to motions in limine is **February 13, 2006**.

IT IS SO ORDERED.

**Dated:   November 29, 2005            /s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE

3