1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS, | CASE NO. 1:02-CV-05550-REC-LJO-P |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR A CONTINUANCE OF THE TRIAL DATE |
| v. | |
| LT. M. STAINER, | (Docs 80 and 82) |
| Defendant. | Telephonic Trial Setting Conference:   February 7, 2006, at 8:45 a.m. in Courtroom 8 (LJO) |
| _____/ | |

This matter is set for telephonic trial confirmation hearing on February 7, 2006, at 8:45 a.m. before the undersigned and jury trial before the Honorable Robert E. Coyle on March 7, 2006, at 9:00 a.m. On November 30, 2005, Defendant's counsel sought a continuance of the trial date because she is scheduled to commence a trial on the same day before the Honorable Oliver W. Wanger. Plaintiff filed an opposition to the motion on December 9, 2005.

Plaintiff's objection to a continuance is noted. However, requiring Defendant's counsel to commence two trials at the same time would be to require the impossible. The other case to be tried on the same date, CV-F-97-5767 OWW DLB P Fulton v. Madruga, was set for trial on that date on August 5, 2005, and is an older case. Prior to issuance of this order, the Court confirmed the status of Fulton v. Madruga, and at this time the trial in Fulton is scheduled to commence on March 7, 2006. Accordingly, there is good cause to continue the trial date in this case.

///

///

1

The hearing set for February 7, 2006, at 8:45 a.m. shall remain on calendar as a trial setting conference.  Both parties shall be prepared to discuss potential trial dates.  Defendant's counsel is notified that the telephone number at which to initiate the call on February 7 has changed to **(559) 499-5680**.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1.    Defendant's request for a continuance, filed November 30, 2005, is GRANTED;

2.    Jury trial set for March 7, 2006, at 9:00 a.m. before the Honorable Robert E. Coyle is VACATED; and

3.    The telephonic hearing set for February 7, 2006, at 8:45 a.m. before the undersigned shall remain on calendar as a trial setting conference.

IT IS SO ORDERED.

**Dated:    February 3, 2006**                         **/s/ Lawrence J. O'Neill**
b9ed48                                                                     UNITED STATES MAGISTRATE JUDGE