# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>        Plaintiff,<br><br>  v.<br><br>LT. M. STAINER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:02-CV-05550-REC-LJO-P<br><br>ORDER SETTING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES<br><br>Telephonic Trial Confirmation<br>Hearing:    March 16, 2006, at 8:45 a.m. in<br>                Courtroom 8 (LJO)<br><br>Jury Trial:   April 25, 2006, at 9:00 a.m. in<br>                Courtroom 1 (REC) |

As set forth in the trial setting conference held on this date, telephonic trial confirmation hearing is set for March 16, 2006, at 8:45 a.m. in Courtroom 8 before the undersigned, and jury trial is set for April 25, 2006, at 9:00 a.m. in Courtroom 1 before the Honorable Robert E. Coyle. Defendant's counsel shall arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and initiate the telephonic hearing at (559) 499-5680.

IT IS SO ORDERED.

**Dated:    February 7, 2006**             **/s/ Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE