# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>LT. M. STAINER,<br><br>        Defendant.<br>_____ / | CASE NO. 1:02-CV-05550-REC-LJO-P<br><br>ORDER STRIKING PLAINTIFF'S DUPLICATIVE MOTION IN LIMINE<br><br>(Doc. 84) |

      On December 6, 2005, Plaintiff filed a motion in limine. On January 9, 2006, Plaintiff a filed the motion a second time. Because Plaintiff's January 9 motion is duplicative of his December 6 motion, the January 9 motion is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   February 15, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE

1