# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>        Plaintiff,<br><br>  v.<br><br>LT. M. STAINER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:02-CV-05550-REC-LJO-P<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING FROM 8:45 A.M. TO 10:00 A.M.<br><br>Telephonic Trial Confirmation Hearing: March 16, 2006 at 10:00 a.m. in Courtroom 8 (LJO) |

    This matter is set for telephonic trial confirmation hearing on March 16, 2006, at 8:45 a.m. before the undersigned. Due to the press of court business, the hearing is continued from 8:45 a.m. to 10:00 a.m.

IT IS SO ORDERED.

**Dated:   March 14, 2006**                   **/s/ Lawrence J. O'Neill**
i0d3h8                                     UNITED STATES MAGISTRATE JUDGE

1