# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>            Plaintiff,<br><br>     v.<br><br>LT. M. STAINER,<br><br>            Defendant.<br>_____/ | CASE NO. 1:02-CV-05550-REC-LJO-P<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE A LATE OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE<br><br>(Doc. 92) |

     On March 8, 2006, Defendant filed a request for leave to file a late response to Plaintiff's motion in limine filed on January 9, 2006.  Plaintiff's January 9 motion was duplicative of the motion he filed on December 6, 2005, and was therefore stricken from the record pursuant to the Court's order of February 15, 2006.  The Court shall treat Defendant's request as one for leave to file a late response to Plaintiff's December 6 motion in limine.  Defendant's request is HEREBY GRANTED.

     Accordingly, pending before the Court are Defendant's motion in limine filed November 21, 2005, and opposed by Plaintiff on January 30, 2006, and Plaintiff's motion in limine filed December 6, 2005, and opposed by Defendant on March 8, 2006.  The motions will be addressed during the telephonic trial confirmation hearing scheduled for March 16, 2006, at 8:45 a.m.

IT IS SO ORDERED.

**Dated:     March 14, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE