UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ROBERT Q. THOMAS              )
                              )     CV F 02-5550 REC/LJO    P
                              )
              Plaintiff,      )     NEW CASE NUMBER:
                              )
     v.                       )     CV F-02-5550 OWW/LJO
                              )
K E TODD etal                 )
                              )
                              )     ORDER REASSIGNING CASE
              Defendant.      )
                              )
                              )
```

This matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CV F-02-5550 OWW**/LJO

Pretrial Date of 3/16/2006 and Trial date of 4/25/2006 will remain as set.


DATED: March 15, 2006

                                /s/ ROBERT E. COYLE
                                ROBERT E. COYLE
                                UNITED STATES DISTRICT JUDGE

1