# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LT. M. STAINER,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:02-CV-05550-OWW-LJO-P<br><br>ORDER FOLLOWING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>ORDER GRANTING IN PART AND DENYING IN PART PARTIES' MOTIONS IN LIMINE<br><br>(Docs. 78 and 81) |

I.  Order

This matter is set for jury trial before the Honorable Oliver W. Wanger on April 25, 2006, at 9:00 a.m.  The telephonic trial confirmation hearing was held on March 16, 2006, at 11:00 a.m. before the undersigned.  Deputy Attorney General Maria Chan appeared on behalf of Defendant Stainer, and Plaintiff Thomas appeared pro se.

With the exception of the motions in limine discussed below, neither party objected to the Pretrial Order.  With respect to the exchange of exhibits, Defendant will send copies of his exhibits to Plaintiff by the end of the week.  Defendant was provided with copies of Plaintiff's Exhibits A and B by virtue of the receipt of Plaintiff's first pretrial statement filed on October 31, 2005.[1]  The only other exhibit listed by Plaintiff is Title 15 regulations and Defendant is in possession of Title 15. Accordingly, it is unnecessary for Plaintiff to send any exhibits to Defendant.

---

[1] In addition, Defendant is in possession of Plaintiff's Exhibit A because it is Defendant's Exhibit I, and is in possession of Exhibit B because it is Defendant's own response to interrogatories.

1

A.    <u>Motions in Limine</u>

    1.    <u>Defendant's Motion</u>

As clarified during the hearing, Defendant objects to Plaintiff's Exhibit A, inmate appeal log number 00-2248, on the ground that it is an incomplete copy. Defendant contends that Plaintiff's copy is missing two pages. The complete inmate appeal is Defendant's Exhibit I, and Defendant has no objection to the use of the complete appeal. Defendant agrees to mail Plaintiff with a complete copy of the appeal today. Accordingly, Defendant's motion to exclude Plaintiff's Exhibit A is granted, as clarified by this order.

Defendant objects to Plaintiff's Exhibit B, which are Defendant's interrogatory responses, on the ground that Defendant objected to every interrogatory, and the Court did not rule on the objections because Plaintiff did not file a motion to compel. As set forth during the hearing, when a party objects to an interrogatory, it is a legal issue and the remedy is a motion to compel. Because the issue is a legal one rather than a factual one, it is inappropriate for the issue to go to the jury. Accordingly, Defendant's motion to exclude Plaintiff's Exhibit B is granted.

    2.    <u>Plaintiff's Motion</u>

Plaintiff seeks to exclude all of Defendant's exhibits, which consist of an abstract of judgment and documents from Plaintiff's central file. Plaintiff objects on the ground that the exhibits are irrelevant and prejudicial. The exhibits objected to are:

| | |
|---|---|
| Exhibit A | Abstract of Judgment |
| Exhibit B | CDC 115, Rules Violation Report, Log No. 4ASH-00-09-0242 |
| Exhibit C | CDC 115, Rules Violation Report, Log No. 4A-00-09-0309 |
| Exhibit D | CDC 115, Rules Violation Report, Log No. 4A-00-08-0301 |
| Exhibit E | CDC 115, Rules Violation Report, Log No. 4A-00-07-0240 |
| Exhibit F | CDC 115, Rules Violation Report, Log No. 4A-00-06-0178 |
| Exhibit G | CDC 128 A, Custodial Counseling Chrono, July 24, 2000 |
| Exhibit H | CDC 7219, Medical Report of Injury or Unusual Occurrence |
| Exhibit I | CDC 602 Inmate Appeal Form and Attachments, Log No. CCI-00-2248 |

Defendant may properly use Plaintiff's abstract of judgment for impeachment purposes and Plaintiff's motion is therefore denied as to Defendant's Exhibit A. Exhibit B relates directly to the events at issue in this action and is relevant. Plaintiff's motion to exclude Defendant's Exhibit B is denied. Exhibits C through F are not related to the events at issue in this action but are intended by Defendant to explain why it was necessary to place Plaintiff in mechanical restraints on the day of

1  the events at issue in this action. They are therefore relevant and Plaintiff's motion to exclude them
2  is denied. Defendant agrees that Exhibit G was not relevant and withdraws the exhibit. Exhibit H
3  is the medical report prepared after Plaintiff was seen by medical personnel for the injuries he alleges
4  he sustained as a result of the excessive use of force at issue in this action. The exhibit is relevant
5  and Plaintiff expressed no objection during the hearing to this exhibit when Defendant explained
6  what the document is. Finally, Exhibit I is the inmate appeal which both parties wish to use at trial.
7  Accordingly, there is no dispute over this exhibit.

   Based on the foregoing, it is HEREBY ORDERED that:

1. Defendant's motion in limine, filed November 21, 2005, is GRANTED as follows:

  a. Plaintiff's Exhibit A is excluded only to the extent that an incomplete version of the appeal may not be used at trial (Counsel for the defendant has agreed to provide a full 13 page copy of the report to the Plaintiff); and

  b. Plaintiff's Exhibit B is excluded, since providing nothing but legal objections to the jury is improper;

2. Plaintiff's motion in limine, filed December 6, 2005, is DENIED as to:

  a. Defendant's Exhibit A (Abstract of Judgment)

  b. Defendant's Exhibit B (CDC 115, Rules Violation Report, Log No. 4ASH-00-09-0242)

  c. Defendant's Exhibit C (CDC 115, Rules Violation Report, Log No. 4A-00-09-0309)

  d. Defendant's Exhibit D (CDC 115, Rules Violation Report, Log No. 4A-00-08-0301)

  e. Defendant's Exhibit E (CDC 115, Rules Violation Report, Log No. 4A-00-07-0240)

  f. Defendant's Exhibit F (CDC 115, Rules Violation Report, Log No. 4A-00-06-0178)

  g. Defendant's Exhibit H (CDC 7219, Medical Report of Injury or Unusual Occurrence) (Plaintiff withdraws the objection)

     h.    Defendant's Exhibit I (CDC 602 Inmate Appeal Form and Attachments, Log No. CCI-00-2248); and

Each exhibit is irrelevant.

3. Plaintiff's motion in limine, filed December 6, 2005, is GRANTED in part in that Defendant withdraws Defendant's Exhibit G.

IT IS SO ORDERED.

**Dated:    March 16, 2006**               /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE