**FILED**

**JUDGMENT ENTERED**

_____April 27, 2006_____
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

\_\_XX\_\_\_   FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT QUINCY THOMAS,

    Plaintiff,

vs.

MICHAEL STAINER,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-02-5550 OWW/LJO P

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendant MICHAEL STAINER and against the plaintiff ROBERT QUINCY THOMAS.

DATED:  April 27, 2006

                JACK L. WAGNER, Clerk

                /S/ Greg Lucas
        By:
                Deputy Clerk

jgm.civ
2/1/95